UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:     Frances Ann Jefferson             Case No.   **08-36292-KRH**
                Debtor(s)                    Chapter 13

APPLICATION FOR SUPPLEMENTAL COMPENSATION
OF ATTORNEY FOR DEBTOR(S)

Richard Oulton, Attorney for the Debtor(s) (the "Attorney"), applies for approval and payment of supplemental compensation as attorney for the Debtor(s) in the amount of $250**.**

1. The Attorney has provided services to the Debtor(s) in connection with the following:

   **DEFENSE OF MOTION FOR RELIEF FROM AUTOMATIC STAY (CONTESTED HEARING)** filed on **2/24/2010** for which the Attorney requests compensation for service in the amount of $250.

2. Fees in the amount of $3,000.00 having been previously been paid by the Debtor(s) or approved for payment through the Debtor(s) Chapter 13 plan.

3. The Attorney is the sole provider of legal services to the Debtor(s).

4. The requested fee can be paid without reducing the dividend on unsecured claims promised in the Debtor(s) confirmed Chapter 13 plan.

5. The requested fee is determined from the schedule of fees and costs approved by the Court in Standing Order No. 08-1.

                                    Respectfully submitted,

                                    /s/ Richard J. Oulton
                                    Richard J. Oulton (VSB#29640)
                                    Attorney for Debtor
                                    The Debt Law Group, PLLC
                                    2800 N. Parham Rd, Ste 100
                                    Henrico, VA 23294
                                    (804)308-0051/Fax: (804)308-0053

Certificate of Service

I certify that on **1/4/2011**, I transmitted a true copy of the foregoing application electronically through the Court's CM/ECF system or by mail to the Debtor(s), Chapter 13 Trustee, the United States trustee if other than by the electronic means provided for at Local Bankruptcy Rule 2002-1(d)(3), and to all creditors and parties in interest on the mailing matrix maintained by the clerk of court, a copy of which is attached.

                                    /s/ Richard J. Oulton
                                    Richard J. Oulton

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:       Frances Ann Jefferson                    Case No.    **08-36292-KRH**
             Debtor(s)                                Chapter 13

NOTICE OF MOTION

Counsel for the Debtor(s) has filed an Application for Supplemental Compensation (the "Motion") in the amount of $**250** for defense of a motion for relief from the automatic stay in a contested hearing. The supplemental compensation will not reduce the payment to unsecured creditors under the Debtor(s) confirmed Chapter 13 plan.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your view on the Motion, then on or before 14 days from the date of this motion you or your attorney must:

> File with the court, at the address shown below, a written request for a hearing [or a written response pursuant to Local Bankruptcy Rule 9013-1(H)]. If you mail your request for hearing (or response) to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.
>
> Clerk of Court
> United States Bankruptcy Court
> 701 E. Broad Street
> Richmond, VA 23219

You must also mail a copy to:          Richard J. Oulton, Esq.
                                       The Debt Law Group, PLLC
                                       2800 N. Parham Rd, Ste 100
                                       Henrico, VA 23294
                                       Attorney for the Debtor(s)

:       Chapter 13 Trustee:   Carl M. Bates, P. O. Box 1819, Richmond, VA 23218-1819

> Attend a hearing which will be scheduled at a later date. You will receive separate notice of hearing.  **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

1/4/2011                                              /s/ Richard J. Oulton

        Richard J. Oulton (VSB#29640)
        Attorney for Debtor
        The Debt Law Group, PLLC
        2800 N. Parham Rd, Ste 100
        Henrico, VA 23294
        (804)308-0051/Fax: (804)308-0053

CERTIFICATE OF SERVICE

The undersigned hereby certifies that I have on **January 4, 2011,** mailed a true copy of the foregoing Notice of Motion to the parties listed on the attached service list.

        /s/ Richard Oulton
        Richard J. Oulton

**Service list:**

**Carl M. Bates**
**P. O. Box 1819**
**Richmond, VA 23218-1819**

**NAME AND ADDRESSES OF CREDITORS**

```
Advance America
3906 Hull Street Road
Richmond, VA 23230


Allied Cash Advance
4721 Walmsley Blvd.
Richmond, VA 23224


Anderson Financial T/A Loan Ma
6900 Midlothian Tnpk
Richmond, VA 23236


Cash 2u Payday Loans 31
6220 Hull Street Road
Richmond, VA 23224


Check and Go
4712 N Southside Plaza
Richmond, VA 23224


Check City
4708 Jefferson Davis Hwy
Richmond, VA 23234


Checksmart
159 E Belt Blvd
Richmond, VA 23224


Cmi
4200 International
Carrollton, TX 75007


Credit Adjustment Bo
306 East Grace Street
Richmond, VA 23219


Dt Credit Co
Po Box 29018
Phoenix, AZ 85038


Nco Fin /99
Pob 41466
Philadelphia, PA 19101
```

```
Stan Furn
201 E Belt Blvd
Richmond, VA 23224


Standard Furniture
201 E Belt Blvd.
Richmond, VA 23224


Vacap Fcu
1700 Robin Hood Rd
Richmond, VA 23220


Virginia Association Realtors
10231 Telegraph Road
Glen Allen, VA 23059


West Asset
220 A North Sunset
Sherman, TX 75092


Wffinancial
2501 Seaport Drive
Chester, PA 19013
```