B18W (Form 18W)(08/07)

# United States Bankruptcy Court
Eastern District of Virginia
701 East Broad Street
Richmond, VA 23219

**Case Number** 08−36292−KRH
**Chapter** 13

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Frances Ann Jefferson
3319 Lynhaven Avenue
Richmond, VA 23234

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):
  Debtor: xxx−xx−3635

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

Frances Ann Jefferson is granted a discharge under section 1328(a) of title 11, United States Code, (the Bankruptcy Code).

**FOR THE COURT**

Dated: August 14, 2013                                William C. Redden, CLERK

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*Form 18W (08/07)*

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 13 CASE

This court order grants a discharge to the person named as the debtor after the debtor has completed all payments under the chapter 13 plan. It is not a dismissal of the case.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 13 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt is provided for by the chapter 13 plan or is disallowed by the court pursuant to section 502 of the Bankruptcy Code.

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 13 bankruptcy case are:

a. Domestic support obligations;

b. Debts for most student loans;

c. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

d. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

e. Debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual (in a case filed on or after October 17, 2005);

f. Debts provided for under section 1322(b)(5) of the Bankruptcy Code and on which the last payment is due after the date on which the final payment under the plan was due;

g. Debts for certain consumer purchases made after the bankruptcy case was filed if prior approval by the trustee of the debtor's incurring the debt was practicable but was not obtained;

h. Debts for most taxes to the extent not paid in full under the plan (in a case filed on or after October 17, 2005); and

i. Some debts which were not properly listed by the debtor (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re:                                                                    Case No. 08-36292-KRH
Frances Ann Jefferson                                                     Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7          User: alleyk            Page 1 of 3              Date Rcvd: Aug 14, 2013
                              Form ID: B18W           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2013.
```
db          +Frances Ann Jefferson,    3319 Lynhaven Avenue,    Richmond, VA 23234-2115
cr           Wells Fargo Financial System Virginia, Inc. succes,    13675 Technology Drive,
             Bldg. C, 2nd Floor,    Eden Prairie, MN 55344-2252
8616329     +Allied Cash Advance,    4721 Walmsley Blvd.,    Richmond, VA 23234-2348
8616330     +Anderson Financial T/A Loan Ma,    6900 Midlothian Tnpk,    Richmond, VA 23225-5635
8616331     +Cash 2u Payday Loans 31,    6220 Hull Street Road,    Richmond, VA 23224-2450
8616332     +Check and Go,   4712 N Southside Plaza,    Richmond, VA 23224-1742
8616336    #+Credit Adjustment Bo,    306 East Grace Street,    Richmond, VA 23219-1718
8781953     +LOAN MAX,    3440 PRESTON RIDGE RD.,    SUITE 500,    ALPHARETTA, GA 30005-3823
8616339     +Stan Furn,    201 E Belt Blvd,   Richmond, VA 23224-1205
8616340     +Standard Furniture,    201 E Belt Blvd.,    Richmond, VA 23224-1205
8616342     +Virginia Association Realtors,    10231 Telegraph Road,    Glen Allen, VA 23059-4561
8628388     +WELLS FARGO FINANCIAL VIRGINIA, INC.,    Wells Fargo,    P.O. Box 7648,   Boise, ID 83707-1648
8634727      Wells Fargo Fin. System VA,Inc,    successor by merger toWellsFargoFin.,
             Acceptance System Virginia, Inc.,    13675 Technology Drive,    Bldg. C, 2nd Floor,
             Eden Prairie, MN 55344-2252
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +EDI: RECOVERYCORP.COM Aug 15 2013 02:03:00     Recovery Management Systems Corporation,
             25 SE 2nd Ave Ste 1120,    Miami, FL 33131-1605
8616329     +EDI: ALLIEDCASH.COM Aug 15 2013 02:03:00     Allied Cash Advance,    4721 Walmsley Blvd.,
             Richmond, VA 23234-2348
8616333     +E-mail/Text: heatherg@checkcity.com Aug 15 2013 02:18:58     Check City,
             4708 Jefferson Davis Hwy,    Richmond, VA 23234-3153
8616334     +Fax: 614-760-4092 Aug 15 2013 03:48:16     Checksmart,    159 E Belt Blvd,
             Richmond, VA 23224-1203
8616335     +EDI: CMIGROUP.COM Aug 15 2013 02:03:00     Cmi,    4200 International,    Carrollton, TX 75007-1930
8616337      E-mail/Text: TAMAR.GADE@DRIVETIME.COM Aug 15 2013 02:18:09     D.T. Credit Corporation,
             P.O. Box 29018,    Phoenix, AZ 85038-9018
8616338      E-mail/Text: bankruptcydepartment@ncogroup.com Aug 15 2013 02:20:24     Nco Fin /99,    Pob 41466,
             Philadelphia, PA 19101-0000
8645502     +E-mail/Text: collection@newgenfcu.org Aug 15 2013 02:18:44
             New Generation Federal Credit Union,    1700 Robin Hood Rd,    Richmond, VA 23220-1012
8682360      EDI: RECOVERYCORP.COM Aug 15 2013 02:03:00     Recovery Management Systems Corporation,
             25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
8616341     +E-mail/Text: collection@newgenfcu.org Aug 15 2013 02:18:44     Vacap Fcu,    1700 Robin Hood Rd,
             Richmond, VA 23220-1012
8616343     +EDI: WESTASSET.COM Aug 15 2013 02:03:00     West Asset,    220 A North Sunset,
             Sherman, TX 75092-7465
8616344     +EDI: WFFC.COM Aug 15 2013 02:03:00     Wffinancial,    2501 Seaport Drive,
             Chester, PA 19013-2249
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           DT Credit Corporation
aty        ##+The Debt Law Group, PLLC,    West End,    PO Box 5928,   Glen Allen, VA 23058-5928
8616328    ##+Advance America,    3906 Hull Street Road,    Richmond, VA 23224-1714
                                                                                 TOTALS: 1, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-7          User: alleyk              Page 2 of 3            Date Rcvd: Aug 14, 2013
                              Form ID: B18W             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 16, 2013**                    **Signature:**        _Joseph Speetjens_

```
District/off: 0422-7          User: alleyk              Page 3 of 3              Date Rcvd: Aug 14, 2013
                              Form ID: B18W             Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 14, 2013 at the address(es) listed below:
              Andrew S. Goldstein    on behalf of Creditor    Wells Fargo Financial System Virginia, Inc.
               successor by merger to Wells Fargo Financial Acceptance System Virginia, Inc.
               AGoldstein@mglspc.com
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
               om
              Melissa M. Watson Goode    on behalf of Creditor    DT Credit Corporation pjmecf@glasserlaw.com,
               mgoode@glasserlaw.com
              Richard James Oulton    on behalf of Debtor Frances Ann  Jefferson 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com
              Richard James Oulton    on behalf of Attorney    The Debt Law Group, PLLC 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;fellows.jl@gmail.com;rchurwitz@gmail.com
                                                                                             TOTAL: 5